

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00110-CV

In Re A Purported Lien or Claim Against Hai Quang La and Theresa Thorn Nguyen

§ From the 342nd District Court

§ of Tarrant County (342-263738-13)

§ October 17, 2013

§ Opinion by Justice Speedlin

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and we dismiss the underlying motion for judicial review.

It is further ordered that Appellees Hai Quang La and Theresa Thorn Nguyen shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Phylis J. Speedlin